UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANSBERTO FERNANDEZ GONZALEZ,　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**JUDGMENT IN A**
v.　　　　　　　　　　　　　　　　　)　　**CIVIL CASE**
　　　　　　　　　　　　　　　　　　)　　**CASE NO. 7:18-CV-135-BO**
UR M. JADDOU, DIRECTOR, UNITED　)
STATES CITIZENSHIP AND IMMIGRATION )
SERVICES; and UNITED STATES　　　)
CITIZENSHIP AND IMMIGRATION　　)
SERVICE,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　)

VILMA OLIVARES SALGUERO,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**CASE NO. 7:18-CV-136-BO**
UR M. JADDOU, DIRECTOR, UNITED　)
STATES CITIZENSHIP AND IMMIGRATION )
SERVICES; and UNITED STATES　　　)
CITIZENSHIP AND IMMIGRATION　　)
SERVICE,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　)

CAMELIA GUERRERO ANTONIO　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　**CASE NO. 4:18-CV-131-BO**
UR M. JADDOU, DIRECTOR, UNITED　)
STATES CITIZENSHIP AND IMMIGRATION )
SERVICES; and UNITED STATES　　　)
CITIZENSHIP AND IMMIGRATION　　)
SERVICE,　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　)

MARIA ELENA MALDONADO JUAREZ,  )
                                )
                    Plaintiff,  )
                                )
v.                              )
                                )        **CASE NO. 4:18-CV-132-BO**
UR M. JADDOU, DIRECTOR, UNITED  )
STATES CITIZENSHIP AND IMMIGRATION )
SERVICES; and UNITED STATES     )
CITIZENSHIP AND IMMIGRATION     )
SERVICE,                        )
                                )
                    Defendants. )

**Decision by Court.**  This action came before this Court for ruling as follows.


**IT IS ORDERED, ADJUDGED, AND DECREED** that, on August 18, 2021, the court DISMISSED AS MOOT the claims by plaintiffs Gonzalez, Salguero, and Juarez.


IT IS FURTHER ORDERED, AND DECREED that, on September 14, 2021, the court granted the Motion to Dismiss and DISMISSED with prejudice the Amended Complaint as to Plaintiff Camelia Guerrero Antonio and her derivative beneficiary, Plaintiff Jacinto Perez Acosta.


**This Judgment Filed and Entered on September 20, 2021, and Copies To:**

Bradley B. Banias                    (via CM/ECF electronic notification)

Georgeanna Marie Gardner             (via CM/ECF electronic notification)

Lori B. Warlick                      (via CM/ECF electronic notification)



DATE:                                PETER A. MOORE, JR., CLERK

September 20, 2021                        (By) /s/ Nicole Sellers_____

                                         Deputy Clerk